## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK



**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500
Fax (315) 234-8501

November 24, 2009

William M. Gonzalez, Esq.
Deputy Counsel
New York State Department of Correctional Services
Harriman State Campus   Building #2
1220 Washington Avenue
Albany, NY 12226-2050

Re:   Levola v. Fischer, *et al*
      9:09-CV-0833 (TJM/DRH)

Dear Mr. Gonzalez:

The U.S. Marshals Service has not been successful in effecting service of process on Groveland Correctional Facility employees: Donna Doe (Donna Alvord) and Carl Hunt. According to the returns of service, Ms. Alvord was terminated from employment and Hunt is retired.

In light of the foregoing, I would appreciate your assistance in determining whether DOCS has an address on file for these individuals at which service of process may be attempted by the U.S. Marshal or, alternatively, whether they will designate an agent for service of process.

Thank you very much for your attention to this matter. I have enclosed the docket sheet and the return of service for these defendants.

Very truly yours,


N. Steves, Paralegal

enc.
cc:   Mark W. Levola #04-B-1127 (w/ docket sheet only)
      Roger W. Kinsey, AAG